# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00148-CV

**In re Martin T. Franco, Jr.**

### ORIGINAL PROCEEDING FROM LLANO COUNTY

### M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed: March 18, 2015